UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAD ROMERO, Individually and for Others Similarly Situated,<br><br>v.<br><br>SMITH MANAGEMENT AND CONSULTING, LLC | CASE NO. 1:19-mc-91493-PBS |

**ORDER DENYING ROMERO'S
MOTION TO HOLD SMITH IN CONTEMPT OF COURT**

On this day came for consideration Romero's Motion to Hold Smith in Contempt of Court (the "Motion"), having considered the Motion, Smith Management and Consulting, LLC's Response in Opposition, and arguments of counsel, is of the opinion that the Motion should be, and is hereby, **DENIED**.

SIGNED on this _____ day of _____, 2020.

_____
HONORABLE JUDGE PRESIDING